**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20775-CIV-ALTONAGA**

**YANCEY GARCIA CLISANCHEZ**,

Plaintiff,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

Defendants.
_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court upon Plaintiff, Yancey Garcia Clisanchez's Complaint for Writ of Mandamus and Injunctive Relief [ECF No. 1]. Plaintiff alleges that Defendants, U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), Kristi Noem, Kika Scott, and Varsenik Papazian have improperly withheld action on her completed asylum application for nearly five years. (*See* Compl. ¶¶ 1, 3, 12–19). The undersigned adopts the well-reasoned analysis contained in *De Donado v. Swacina*, 486 F. Supp. 2d 1360 (S.D. Fla. 2007), pertaining to the Court's power to hear the merits of a petitioner's immigration application, or to remand the case to the USCIS for further proceedings.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall forthwith serve Defendants with his Complaint and a photocopy of this Order. This case is remanded to the USCIS. The USCIS is ordered to decide Plaintiff's asylum application **within 120 days** of the date of service of this Order. The Clerk is directed to mark this case **CLOSED**. Plaintiff may file a status report after

120 days in the event Defendants do not comply with this Order, requesting that this matter be re-opened.

**DONE AND ORDERED** in Miami, Florida, this 19th day of February, 2025.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record